**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000366
24-AUG-2012
08:20 AM**

NO. CAAP-12-0000366

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
Under Pooling and Servicing Agreement Dated as of
March 1, 2007 Securitized Asset-Backed Receivables,
LLC Trust 2007-BR1 Mortgage Pass-Through Certificates,
Series 2007-BR1, Plaintiff-Appellee,
v.
JESSIE BATUGAL SOYANGCO,
MELVYN CABINTE SOYANGCO, GERLIN JETHRO SOYANGCO,
Defendants-Appellants,
and
JOHN and MARY DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1992-09)

ORDER DISMISSING APPELLATE COURT CASE NUMBER CAAP-12-0000366
PURSUANT TO PARTIES' AUGUST 14, 2012 STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the parties' August 14, 2012 stipulation for dismissal, it appears that appellate court case number CAAP-12-0000366 has not been docketed, and, thus, the parties seek to dismiss appellate court case number CAAP-12-0000366 pursuant to Rule 42(a) of the Hawai‘i Rules of Appellate Procedure.

Attorneys for all parties have signed the August 14, 2012 stipulation to dismiss appellate court case number CAAP-12-0000366. Therefore,

IT IS HEREBY ORDERED that appellate court case number CAAP-12-0000366 is dismissed.

DATED: Honolulu, Hawai‘i, August 24, 2012.

Presiding Judge

Associate Judge

Associate Judge